```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

SHEILA WISE,                          :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :    CIVIL ACTION 02-0267-M
                                      :
MICHAEL J. ASTRUE,                    :
Commissioner of                       :
Social Security,                      :
                                      :
    Defendant.                        :

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's attorney's Motion for an Award of Attorney Fees Under 42 U.S.C. § 406(b), as amended, be and is hereby **GRANTED** and that Plaintiff's attorney, Margaret A. Stone, be and is hereby **AWARDED** a fee of $3,800.00 for her services before the Court.  It is **FURTHER ORDERED** that Ms. Stone pay to Plaintiff the sum of $912.50, which sum represents the EAJA fee counsel was previously awarded.

DONE this 9th day of January, 2008.

                                      <u>s/BERT W. MILLING, JR.</u>
                                      UNITED STATES MAGISTRATE JUDGE